UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FT. MYERS DIVISION

HELEN GLENNON,

    Plaintiff,

v.    Case No.

EVANS LAW ASSOCIATES,

    Defendant.
_____/

## COMPLAINT

COMES NOW Plaintiff, HELEN GLENNON, by and through the undersigned attorneys, KROHN & MOSS, LTD., and for Plaintiff's Complaint against Defendant, EVANS LAW ASSOCIATES, alleges and affirmatively states as follows:

### INTRODUCTION

1. Plaintiff's Complaint is based on the Fair Debt Collection Practices Act, 15 U.S.C. 1692 et seq. (FDCPA).

2. Defendant, in the ordinary course of business, regularly, on behalf of itself or others, engages in debt collection and does so through its agents, employees, officers, members, directors, heirs, successors, assigns, principals, trustees, sureties, subrogees, representatives, and insurers and in the course of attempting to collect on a consumer debt allegedly owed by Plaintiff, Defendant violated the provisions of the FDCPA as set forth herein.

### JURISDICTION AND VENUE

3. Jurisdiction of this court arises pursuant to 15 U.S.C. 1692k(d), which states that such actions may be brought and heard before "any appropriate United States district court without regard to the amount in controversy."

4. Because Defendant conducts business in the state of Florida, personal jurisdiction is established.

5. Venue is proper pursuant to 28 U.S.C. 1391(b)(2).

## PARTIES

7. Plaintiff is a natural person residing in Bonita Springs, Lee County, Florida.

8. Plaintiff is a consumer as that term is defined by 15 U.S.C. 1692a(3), and according to Defendant, Plaintiff allegedly owes a debt as that term is defined by 15 U.S.C. 1692a(5).

9. Defendant is a debt collector as that term is defined by 15 U.S.C. 1692a(6) and sought to collect a consumer debt from Plaintiff.

10. Defendant is a collection agency located in Buffalo, New York.

## FACTUAL ALLEGATIONS

11. On January 12, 2011 at 5:54 p.m., Eastern Standard Time, Defendant contacted Plaintiff from 786-523-0641 and left a voicemail message.

12. The message stated "there is a problem with the Social Security number of Helen M. Glennon. This matter has been placed in our office and requires your prompt attention. Please press nine to connect with one our representatives now." Plaintiff had never received any prior correspondence or communications from the Defendant prior to that time.

13. Believing she had received a call from a government agency, and concerned about a problem with her Social Security number, Plaintiff called the Defendant. When she spoke to a representative of the Defendant, she was told that they were calling about an alleged debt owed to Juniper Bank.

14. Defendant told Plaintiff that they would take her to court if she did not set up a

payment plan to address the alleged debt. Plaintiff agreed to make $25.00 payments per month for three months on the debt.

## COUNT I
## DEFENDANT VIOLATED THE FAIR DEBT COLLECTION PRACTICES ACT, (FDCPA), 15 U.S.C. § 1692 et seq.

14. Defendant violated the FDCPA. Defendant's violations include, but are not limited to, the following:

   (a) Defendant violated *§1692e* of the FDCPA by falsely stating in a voicemail message to the Plaintiff that there was a problem with her Social Security number;

   (b) Defendant violated *§1692e(1)* of the FDCPA by leaving a voicemail message that implicated that the Defendant was affiliated with the United States or a government agency; and

   (c) Defendant violated *§1692e(1)* of the FDCPA by threatening to take Plaintiff to court though Defendant did not intend to take such action at the time the threat was made;

   (d) Defendant violated *§1692e(10)* of the FDCPA by falsely stating in a voicemail message to the Plaintiff that there was a problem with her Social Security number in order to induce her to call the Defendant regarding the alleged consumer debt; and

   (e) Defendant violated *§1692e(11)* of the FDCPA by failing to disclose in the voicemail message that Defendant was a debt collector and that the Defendant was attempting to collect a debt.

**WHEREFORE**, Plaintiff respectfully prays that judgment be entered against Defendant for the following:

15. Statutory damages of $1,000.00 pursuant to the Federal Act, 15 U.S.C. 1692k;

16. Costs and reasonable attorney's fees pursuant to the Federal Act, 15 U.S.C. 1692k; and

17. Any other relief that this court deems to be just and proper.

RESPECTFULLY SUBMITTED,

BY: *[signature]*
James D. Pacitti (FBN: 119768)
Krohn & Moss, Ltd.
10474 Santa Monica Blvd., Suite 401
Los Angeles, CA 90025
Tel: 323-988-2400 x230
Fax: 866-583-3695
jpacitti@consumerlawcenter.com
Attorneys for Plaintiff

## DEMAND FOR JURY TRIAL

PLEASE TAKE NOTICE that Plaintiff, HELEN GLENNON, hereby demands trial by jury in this action.

## VERIFICATION OF COMPLAINT AND CERTIFICATION

STATE OF FLORIDA )

Plaintiff, HELEN GLENNON, says as follows:

1. I am the Plaintiff in this civil proceeding.

2. I have read the above-entitled civil Complaint prepared by my attorneys and I believe that all of the facts contained in it are true, to the best of my knowledge, information and belief formed after reasonable inquiry.

3. I believe that this civil Complaint is well grounded in fact and warranted by existing law or by a good faith argument for the extension, modification or reversal of existing law.

4. I believe that this civil Complaint is not interposed for any improper purpose, such as to harass any Defendant(s), cause unnecessary delay to any Defendant(s), or create a needless increase in the cost of litigation to any Defendant(s), named in the Complaint.

5. I have filed this Complaint in good faith and solely for the purposes set forth in it.

Pursuant to 28 U.S.C. § 1746(2), I, HELEN GLENNON, hereby declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

Dated: 2/18/2011                    _____
                                     HELEN GLENNON